OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP. 02. 2015

**8/21/2015**
**BERRIOS, WILLIAM AUGUSTO  Tr. Ct. No. 2009CR5871-W1   WR-83,770-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

WILLIAM AUGUSTO BERRIOS
BEXAR COUNTY ADULT - TDC# 01796412
200 N. COMAL
SAN ANTONIO, TX 78207

RETURN TO SENDER
INCOMPLETE INFORMATION
NEED SID NUMBER AND UNIT
LOCATION TO IDENTIFY

43B  78207